UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
FLORIDA

ALLISON HUDSON
    Plaintiff,
vs
ROYAL CARIBBEAN
    Defendant.
_____/

CASE NO.: 09 CV 22199

Type of Case: Maritime

## MEDIATION REPORT

Pursuant to the Court's Order / Joint Stipulation, a Mediation conference was conducted by James A. McCauley, Esquire of Mediation, Inc., on December 10, 2010.

The following were present:

    All Plaintfiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation conference is as follows:

    Case completely SETTLED. Counsel were directed to submit Agreement, Stipulation for Dismissal, or other Final Disposition to the Court as soon as possible.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on December 13, 2010 to:

    Leah Martinez, Esquire

    James S. Haliczer, Esquire

Respectfully Submitted:

JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
for James A. McCauley, Esquire
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
(800) 741-7000